USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEESOO HONG,

                                Plaintiff,

      -v-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------X

15 Civ. 5697 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Plaintiff Keesoo Hong's request to proceed *in forma pauperis* is granted. *See* 28 U.S.C. § 1915.

SO ORDERED.

                                                                     Paul A. Engelmayer
                                                        PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: July 22, 2015
       New York, New York